UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROTEK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUNPOWER CORPORATION,<br><br>　　　　　Defendant. | Case No. 20-cv-00687-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 26 |

Plaintiff filed a notice of case resolution in which it advised the Court that the above captioned matter has been resolved and that Plaintiff anticipates dismissing this action within forty-five days. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within seventy days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of seventy days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: September 15, 2020

_____
SALLIE KIM
United States Magistrate Judge